# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:98-CR-00309 |
| v. | **ORDER** |
| VINCENT GEORGE PARKS, | |
| Defendant. | |

Before the Court is Defendant Vincent George Parks' ("Parks") Motion for Certificate of Appealability under 28 U.S.C. § 2253 (#252). However, Plaintiff's Motion is filled with headings which refer to the "United States Court of Appeals for the Ninth Circuit." Thus, it appears that Plaintiff has filed his Motion with this Court by mistake.

Even if Plaintiff did intend to file his Motion with this Court, a certificate of appealability may issue "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(2). Plaintiff fails to make this showing.

Accordingly, Plaintiff's Motion (#252) is **HEREBY DENIED**.

DATED this 30th day of August 2013.

_____
Kent J. Dawson
United States District Judge