RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JOY CHEN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577
Joy_Chen@fd.org

Attorney for Vincent George Parks

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>VINCENT GEORGE PARKS,<br><br>        Defendant. | Case No. 2:98-cr-00309-KJD-RJJ-1<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Joy Chen, Assistant Federal Public Defender, counsel for Vincent George Parks, request that the due date for Mr. Park's Supplement to Motion for Compassionate Release (ECF No. 421), currently scheduled on January 6, 2025, be vacated and extended to a date and time convenient to the Court, but no sooner than one-hundred and twenty (120) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel requires additional time to meet with the defendant, obtain medical records and other records for the defendant, and review those records before being able to determine whether a supplement will be filed in this matter.

2.  The defendant is in custody and does not oppose the continuance.

3.  The parties agree to the continuance.

DATED this 13th day of January, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Joy Chen*<br>JOY CHEN<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VINCENT GEORGE PARKS,<br><br>　　　　Defendant. | Case No. 2:98-cr-00309-KJD-RJJ-1<br><br>ORDER |

　　　IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend the Deadline for filing his Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to May 16, 2025.

　　　DATED this 16day of January 2025.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE